UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH MCLANE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, INC.; GOLDEN STATE FC, LLC; and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No. 5:19-Cv-01047-JLS-SHK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED.R.CIV.PROC. 41(a)]**<br><br><br>Complaint Filed: April 30, 2019<br>(Riverside County Superior Court) |

**GOOD CAUSE APPEARING THEREFOR:**

After reviewing the Parties' Stipulation re Order Dismissing Action With Prejudice, IT IS **HEREBY ORDERED, ADJUDGE AND DECREED** THAT this action and each claim for relief therein is hereby **DISMISSED WITH PREJUDICE** as to all parties in its entirety. Each party shall bear their own costs and attorneys' fees associated with the prosecution and defense of this matter.

**IT IS SO ORDERED.**

Dated: 02/05/2020

                                 JOSEPHINE L. STATON
                                 _____
                                 HON. JOSEPHINE L. STATON
                                 UNITED STATES DISTRICT JUDGE